# ALBERT L. FARRAH, JR.

## COUNSELOR AT LAW

One Washington Mall • Boston, MA 02108

(617) 742-7766 • Fax: (617) 742-2331

alf@afarrah.com
www.afarrah.com

May 16, 2005

United States District Court
District of Massachusetts
Civil Clerk's Office
One Courthouse Way
Boston, MA 02111

RE:    Nancy Rosario, et al v. RARE Hospitality International, Inc. d/b/a Longhorn Steakhouse
       USDC Docket #05-CV-10617MLW

       Pursuant to M. G. L. c. 231, §60J, I enclose the Affidavit of Albert L. Farrah, Jr., Esquire, with attached Exhibits 1 through 15. Plaintiff believes the affidavit sets forth sufficient facts to raise a legitimate question of liability appropriate for judicial review.

       Please date stamp a copy. Thank you

Sincerely,

ALBERT L. FARRAH, JR.
pmp

MESSENGER
Encl.
cc:    Nancy Rosario (via Regular Mail)
       Louis J. Farrah, II, Esq. (via Regular Mail)
       Brain Voke, Esq. (via Messenger)

Santiago-RARE.ltr020