UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY ROSARIO, INDIVIDUALLY, AS SHE IS THE ADMINISTRATRIX OF THE ESTATE OF AWILDA SANTIAGO, ESSEX PROBATE COURT DOCKET #03P-2499AD1, P/P/A VERONICA ROSARIO AND CHRISTINA SANTIAGO, AND AS SHE IS THE ADMINISTRATRIX OF THE ESTATE OF JOSE SANTIAGO, BERLIN (CONNECTICUT) PROBATE COURT, CASE #03-0713<br><br>           Plaintiff<br><br>v.<br><br>RARE HOSPITALITY INTERNATIONAL, INC. d/b/a LONGHORN STEAKHOUSE<br><br>           Defendant | Civil Action Number:<br>05-CV-10617MLW |

**RARE HOSPITALITY, INC.'S OBJECTION TO
ASSIGNMENT OF THIS CASE TO A MAGISTRATE**

Rare Hospitality objects to the assignment of this case to a magistrate.

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following attorney of record by mail on July 14th, 2005.

Albert L. Farrah, Jr., Esq.
One Washington Mall, 5th Floor
Boston, MA 02108

        RARE HOSPITALITY INTERNATIONAL, INC.
        By Its Attorneys,

        CAMPBELL CAMPBELL EDWARDS & CONROY
        PROFESSIONAL CORPORATION

        _____
        Brian P. Voke, BBO#544327
        One Constitution Plaza
        Boston, MA 02129
        617-241-3000