UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY ROSARIO, INDIVIDUALLY, AS SHE IS THE ADMINISTRATRIX OF THE ESTATE OF AWILDA SANTIAGO, ESSEX PROBATE COURT DOCKET #03P-2499AD1, P/P/A VERONICA ROSARIO AND CHRISTINA SANTIAGO, AND AS SHE IS THE ADMINISTRATRIX OF THE ESTATE OF JOSE SANTIAGO, BERLIN (CONNECTICUT) PROBATE COURT, CASE #03-0713<br>    Plaintiff<br><br>v.<br><br>RARE HOSPITALITY INTERNATIONAL, INC. d/b/a LONGHORN STEAKHOUSE<br>    Defendant | Civil Action #05-CV-10617MLW |

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned certify that they have conferred (a) with a view to establishing a budget for conducting the full course - and various alternative courses - of the litigation; and (b) consider the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

Plaintiff, in all capacities

_____
NANCY ROSARIO
6 Washington Way
Lawrence, MA 01843

Date: September 20, 2005

Plaintiff
By her attorney

_____
ALBERT L. FARRAH, JR.
One Washington Mall
Boston, MA 02108
(617)742-7766
B.B.O. #159340