UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY ROSARIO, INDIVIDUALLY, AS SHE IS THE ADMINISTRATRIX OF THE ESTATE OF AWILDA SANTIAGO, ESSEX PROBATE COURT DOCKET #03P-2499AD1, P/P/A VERONICA ROSARIO AND CHRISTINA SANTIAGO, AND AS SHE IS THE ADMINISTRATRIX OF THE ESTATE OF JOSE SANTIAGO, BERLIN (CONNECTICUT) PROBATE COURT, CASE #03-0713<br><br>Plaintiff<br><br>v.<br><br>RARE HOSPITALITIES INTERNATIONAL, INC. d/b/a LONGHORN STEAKHOUSE<br><br>Defendant | Civil Action Number:<br>05-CV-10617MLW |

### NOTICE OF WITHDRAWAL OF COUNSEL

I, Brian P. Voke, Attorney-at-Law of Campbell Campbell Edwards & Conroy, P.C., hereby withdraw my appearance as counsel of record for the Defendant, Rare Hospitalities International, Inc., d/b/a Longhorn Steakhouse.

### CERTIFICATE OF SERVICE

I, Brian P. Voke, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Rare Hospitalities International, Inc., hereby certify that on December 12, 2005, a true copy of the above document was served upon all counsel of record by First Class Mail to the following:

Albert Farrah, Jr. Esq.
One Washington Mall
Boston, MA 02108

Michael Gillis, Esquire
Gillis & Bikosky, PC
1150 Walnut Street
Newton Heights, MA  02461

        RARE HOSPITALITIES INTERNATIONAL, INC. d/b/a
        LONGHORN STEAKHOUSE
        By its Attorney,

        _____
        Brian P. Voke (Bar No. 544327)
        Campbell Campbell Edwards & Conroy, P.C
        One Constitutional Plaza
        Boston, MA 02129
        (617) 241-3000