# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY ROSARIO INDIVIDUALLY, AS SHE IS THE ADMINISTRATRIX OF THE ESTATE OF AWILDA SANTIAGO, ESSEX PROBATE COURT DOCKET #03P-2499AD1, P/P/A VERONICA ROSARIO AND CHRISTINA SANTIAGO, AND AS SHE IS THE ADMINSTRATRIX OF THE ESTATE OF JOSE SANTIAGO, BERLIN (CONNECTICUT) PROBATE COURT, CASE #03-0713<br>Plaintiff<br><br>v.<br><br>RARE HOSPITALITY INTERNATIONAL, INC. d/b/a LONGHORN STEAKHOUSE,<br>     Defendant. | Civil Action #05-10617MLW |

## NOTICE OF APPEARANCE FOR THE DEFENDANT

Kindly file the appearance of David R. Bikofsky as counsel for the Defendant, Rare Hospitality International, Inc., d/b/a/ Longhorn Steakhouse.

The Defendant,
By Its Attorney,

_____
David R. Bikofsky, Esq.
GILLIS & BIKOFSKY, P.C.
1150 Walnut Street
Newton, MA 02461
(617) 244-4300
B.B.O. No.: 042870

## CERTIFICATE OF SERVICE

I, David R. Bikofsky, of the firm of Gillis & Bikofsky, P.C., hereby certify that on this date I caused a copy of the within document to be served on all parties of interest in this matter, within the time standards or by leave of the Regional Administrative Justice, by mailing a copy of same, first class mail, postage prepaid, direct to:

Albert L. Farrah, Jr., Esq.
One Washington Mall, 5th Floor
Boston, MA 02108

12/13/05
Date

David R. Bikofsky, Esq.