UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NANCY ROSARIO
INDIVIDUALLY, AS SHE IS THE
ADMINISTRATRIX OF THE
ESTATE OF AWILDA SANTIAGO,
ESSEX PROBATE COURT
DOCKET #03P-2499AD1, P/P/A
VERONICA ROSARIO AND
CHRISTINA SANTIAGO, AND AS
SHE IS THE ADMINSTRATRIX OF
THE ESTATE OF JOSE SANTIAGO,
BERLIN (CONNECTICUT)
PROBATE COURT, CASE #03-0713
Plaintiff

v.

RARE HOSPITALITY
INTERNATIONAL, INC. d/b/a
LONGHORN STEAKHOUSE,
    Defendant.

Civil Action #05-10617MLW

### NOTICE OF APPEARANCE FOR THE DEFENDANT

Kindly file the appearance of Michael K. Gillis as counsel for the Defendant, Rare Hospitality International, Inc., d/b/a/ Longhorn Steakhouse.

The Defendant,
By Its Attorney,

Michael K. Gillis, Esq.
GILLIS & BIKOFSKY, P.C.
1150 Walnut Street
Newton, MA 02461
(617) 244-4300
B.B.O. No.: 543551

## CERTIFICATE OF SERVICE

I, Michael K. Gillis, of the firm of Gillis & Bikofsky, P.C., hereby certify that on this date I caused a copy of the within document to be served on all parties of interest in this matter, within the time standards or by leave of the Regional Administrative Justice, by mailing a copy of same, first class mail, postage prepaid, direct to:

Albert L. Farrah, Jr., Esq.
One Washington Mall, 5th Floor
Boston, MA 02108

12/19/05
Date

Michael K. Gillis