**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NANCY ROSARIO INDIVIDUALLY, AS SHE IS THE ADMINISTRATRIX OF THE ESTATE OF AWILDA SANTIAGO, ESSEX PROBATE COURT DOCKET #03P-2499AD1, P/P/A VERONICA ROSARIO AND CHRISTINA SANTIAGO, AND AS SHE IS THE ADMINSTRATRIX OF THE ESTATE OF JOSE SANTIAGO, BERLIN (CONNECTICUT) PROBATE COURT, CASE #03-0713<br>Plaintiff<br><br>v.<br><br>RARE HOSPITALITY INTERNATIONAL, INC. d/b/a LONGHORN STEAKHOUSE,<br>    Defendant. | Civil Action #05-10617MLW |

**NOTICE OF APPEARANCE FOR THE DEFENDANT**

Kindly file the appearance of Neil D. Schnurbach as counsel for the Defendant, Rare Hospitality International, Inc., d/b/a/ Longhorn Steakhouse.

    The Defendant,
    By Its Attorney,

    _____
    Neil D. Schnurbach, Esq.
    GILLIS & BIKOFSKY, P.C.
    1150 Walnut Street
    Newton, MA 02461
    (617) 244-4300
    B.B.O. No.: 664534

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following attorney of record by electronic filing through the District Court on March 6, 2006.

Albert L. Farrah, Jr., Esq.
One Washington Mall, 5th Floor
Boston, MA 02108

_____
Neil D. Schnurbach, Esq.