# ALBERT L. FARRAH, JR.

COUNSELOR AT LAW

One Washington Mall • Boston, MA 02108

(617) 742-7766 • Fax: (617) 742-2331

alf@afarrah.com

www.afarrah.com

August 23, 2006

United States District Court
Civil Clerk's Office
One Courthouse Way
Boston, MA 02210

RE:   Nancy Rosario, et al v. RARE Hospitality International, Inc. d/b/a Longhorn Steakhouse
      United Stated District Court Docket #05-CV-10617MLW

I enclose for filing a fully executed Assented-To Motion to Substitute Plaintiffs. Please contact me if you have any questions.

Sincerely,

ALBERT L. FARRAH, JR.
pmp

ELECTRONIC FILING ONLY
Encl.
cc:   Nancy Rosario
      Louis J. Farrah, II, Esq.
      Michael Gillis, Esq.

Santiago-RARE.ltr332