UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY ROSARIO, INDIVIDUALLY, AS )<br>SHE IS THE ADMINISTRATRIX OF THE )<br>ESTATE OF AWILDA SANTIAGO, ESSEX )<br>PROBATE COURT DOCKET #03P-2499AD1, )<br>P/P/A VERONICA ROSARIO AND )<br>CHRISTINA SANTIAGO, AND AS )<br>SHE IS THE ADMINISTRATRIX OF THE )<br>ESTATE OF JOSE SANTIAGO, BERLIN )<br>(CONNECTICUT) )<br>PROBATE COURT, CASE #03-0713 )<br>    Plaintiff )<br>)<br>v. )<br>)<br>RARE HOSPITALITY INTERNATIONAL, INC. )<br>d/b/a LONGHORN STEAKHOUSE )<br>    Defendant ) | Civil Action #05-CV-10617MLW |

## ASSENTED-TO MOTION TO SUBSTITUTE PLAINTIFFS

Nancy Rosario, p/p/a Veronica Rosario and Christina Santiago, hereby moves that Nancy Rosario and Michael Miller, as they are guardians of Christina Santiago and Veronica Rosario, be substituted for Nancy Rosario, p/p/a Veronica Rosario and Christina Santiago in this action.

In support of this motion, she says that on April 18, 2006, Michael Miller and she were appointed guardians of Christina Santiago and Veronica Rosario. A copy of their appointment in Essex Probate Court #06P-0507GM is attached hereto. In their capacity as guardians, they are the appropriate parties to prosecute all claims against the defendant for injuries suffered by Christina Santiago or Veronica Rosario.

Motion to Substitute Plaintiff (01)
8/18/06

1

| | |
|---|---|
| Defendant<br>By its attorney, | Plaintiff<br>By her attorney, |
| _____<br>MICHAEL GILLIS, ESQ.<br>Gillis & Bikofsky, P.C.<br>1150 Walnut Street<br>Newton Highlands, MA 02461<br>(617) 244-4300<br>B.B.O. #543551 | _____<br>ALBERT L. FARRAH, JR., ESQ.<br>One Washington Mall, 5th Floor<br>Boston, MA 02108<br>(617) 742-7766<br>B.B.O. #159340 |

Date: August 24, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY ROSARIO, INDIVIDUALLY, AS )<br>SHE IS THE ADMINISTRATRIX OF THE )<br>ESTATE OF AWILDA SANTIAGO, ESSEX )<br>PROBATE COURT DOCKET #03P-2499AD1, )<br>P/P/A VERONICA ROSARIO AND )<br>CHRISTINA SANTIAGO, AND AS )<br>SHE IS THE ADMINISTRATRIX OF THE )<br>ESTATE OF JOSE SANTIAGO, BERLIN )<br>(CONNECTICUT) )<br>PROBATE COURT, CASE #03-0713 )<br>    Plaintiff )<br> )<br>v. )<br> )<br>RARE HOSPITALITY INTERNATIONAL, INC. )<br>d/b/a LONGHORN STEAKHOUSE )<br>    Defendant ) | Civil Action #05-CV-10617MLW |

### ASSENTED-TO MOTION TO SUBSTITUTE PLAINTIFFS

Nancy Rosario, p/p/a Veronica Rosario and Christina Santiago, hereby moves that Nancy Rosario and Michael Miller, as they are guardians of Christina Santiago and Veronica Rosario, be substituted for Nancy Rosario, p/p/a Veronica Rosario and Christina Santiago in this action.

In support of this motion, she says that on April 18, 2006, Michael Miller and she were appointed guardians of Christina Santiago and Veronica Rosario. A copy of their appointment in Essex Probate Court #06P-0507GM is attached hereto. In their capacity as guardians, they are the appropriate parties to prosecute all claims against the defendant for injuries suffered by Christina Santiago or Veronica Rosario.

Motion to Substitute Plaintiff (01)
8/18/06

1

| | |
|---|---|
| Defendant<br>By its attorney,<br><br>_M. Gill (by ALF)_____<br>MICHAEL GILLIS, ESQ.<br>Gillis & Bikofsky, P.C.<br>1150 Walnut Street<br>Newton Highlands, MA 02461<br>(617) 244-4300<br>B.B.O. #543551<br><br>Date: August 24, 2006 | Plaintiff<br>By her attorney,<br><br>_/s/_____<br>ALBERT L. FARRAH, JR., ESQ.<br>One Washington Mall, 5th Floor<br>Boston, MA 02108<br>(617) 742-7766<br>B.B.O. #159340 |

**Commonwealth of Massachusetts**
**The Trial Court**
**Probate and Family Court Department**

Essex _____ Division

Docket No. 06P0507Gn

## Guardianship of Minor With - Without - Sureties

| Name of Ward(s)* | Residence | Date of Birth |
|---|---|---|
| (1) Christina Santiago | 6 Washington Way, Lawrence, MA | May 23, 1991 |
| (2) Veronica Rosario | 6 Washington Way, Lawrence, MA | May 16, 1992 |
| (3) | | |

*if the petitioner is an agency then only one ward is permitted on each petition. Each ward must have the same mother and father to be listed on the same petition.

PETITIONER(S) Nancy Rosario, 6 Washington Way, Lawrence, Massachusetts 01843, mother of the wards and Michael Miller
(PRINT Name(s) of Petitioner(s) and (street address(es))
90 South Bowdoin Street, Lawrence, Massachusetts 01843, friend of the wards
(city or town)        (state)        (zip code)        (relationship to ward)

List the names of parents, if known, otherwise name grandparents, sisters, brothers, aunts, or uncles (who are over 18).

| Name | Residence | Relationship |
|---|---|---|
| Nancy Rosario | 6 Washington Way, Lawrence, MA | Mother |
| Jose Santiago | Deceased | |

The minor(s) is/are - not - entitled to benefits, estate, or income paid or payable by or through the United States Veterans Administration. I/We certify that the ward's estate - does - does not - exceed $100.00.

WHEREFORE, the petitioner(s) pray(s) that he/she/they - or some other suitable person - be appointed the guardian of the minor(s) - and the estate - with custody - with - without - surety on the bond - the parent(s) being unfit.

Date 12/21/2005

_____ (signature of petitioner (1))  _____ (signature of petitioner (2))

### Nomination of Ward(s)

Then personally appeared Christina Santiago
(PRINT name of child(ren))
minor(s) being above the age of fourteen years, who nominate(s) Nancy Rosario and Michael Miller
to be his/her/their guardian.
(PRINT name of nominee)

Christina Santiago
(signature of minor)

Before me, _____ My Commission Expires Dec 31, 2005
NOTARY PUBLIC/JUSTICE OF THE PEACE

### Parental Assent

I/We, the surviving parent(s) - spouse - of the minor, hereby assent(s) to the granting of the foregoing petition.

Date 12/21/2005 _____ (signature of parent)   _____ (signature of parent)

### DECREE

All persons interested having been notified in accordance with the law or having assented and no objections being made thereto,

It is decreed that   Nancy Rosario and Michael P. Miller, both

of   Lawrence in the County of Essex

be appointed   permanent   guardians with custody - of the person - and of the estate - of the above - named minor(s), first giving bond with _____ sureties for the due performance of the trust.

☐ It is further ordered _____

Date 4/13/06   _____ JUSTICE OF PROBATE AND FAMILY COURT   cgf

I, Pamela Casey O'Brien, Register of Probate Court for Essex County do hereby certify that the foregoing is a true copy of a document on file in this court.

IN WITNESS, Whereof, I have set my hand and affixed the seal of said Court this APR 1 8 2006

ESSEX, SS                                              PROBATE COURT

CERTIFIED         REGISTER OF PROBATE         A TRUE COPY