# ALBERT L. FARRAH, JR.

COUNSELOR AT LAW

One Washington Mall • Boston, MA 02108

(617) 742-7766 • Fax: (617) 742-2331

alf@afarrah.com
www.afarrah.com

May 14, 2007

Marc Duffy, Courtroom Clerk
Mag. Judge Marianne B. Bowler
United States District Court
One Courthouse Way
Boston, MA 02210

RE: <u>Nancy Rosario, et al v. RARE Hospitality International, Inc. d/b/a Longhorn Steakhouse</u>
United Stated District Court Docket #05-CV-10617MLW

Dear Mr. Duffy:

    I am writing to inform you that Attorney Michael Gillis and I have agreed that I may have until June 4, 2007 to file my response to Defendant's Motion to Exclude the Expert Opinion of David Benjamin, Ph.D. If this is a problem for the court, please let me know. June 4, 2007 is also the date that my response to the Defendant's Motion for Summary Judgment is to be filed.

    Mr. Gillis has also informed me that he will be filing additional motions to strike and that in connection with those motions he may request that the motion for summary judgment and any motions to strike be heard on the same date, and may also request that the date for hearing the motion for summary judgment currently, scheduled for June 6, 2007, be pushed back.

Sincerely,

*[signature]*

ALBERT L. FARRAH, JR.
pmp

cc:   Nancy Rosario
       Louis J. Farrah, II, Esq.
       Michael Gillis, Esq.

Santiago-RARE.ltr464