# ALBERT L. FARRAH, JR.

COUNSELOR AT LAW

One Washington Mall • Boston, MA 02108

(617) 742-7766 • Fax: (617) 742-2331

alf@afarrah.com

www.afarrah.com

June 6, 2007

United States District Court
Civil Clerk's Office
One Courthouse Way
Boston, MA 02210

RE: <u>Nancy Rosario, et al</u> v. <u>RARE Hospitality International, Inc. d/b/a Longhorn Steakhouse</u>
United Stated District Court Docket #05-CV-10617MLW

This is to report that the parties have settled all claims in the above action and hope to have a petition for court approval of settlement of the minors' claims filed with the court by the beginning of next week. Thank you.

Please contact me if you have any questions.

Sincerely,

ALBERT L. FARRAH, JR.
pmp

ELECTRONIC FILING
cc:   Michael Gillis, Esq. (via E-Mail Only)
      Marc Duffy, Courtroom Clerk (via E-Mail Only)

Santiago-RARE.ltr471