# ALBERT L. FARRAH, JR.

COUNSELOR AT LAW

One Washington Mall • Boston, MA 02108

(617) 742-7766 • Fax: (617) 742-2331

alf@afarrah.com
www.afarrah.com

July 26, 2007

Marc Duffy, Courtroom Clerk to
    Magistrate Justice Marianne B. Bowler
United States District Court
Civil Clerk's Office
One Courthouse Way
Boston, MA 02210

RE:    <u>Nancy Rosario, et al</u> v. <u>RARE Hospitality International, Inc. d/b/a Longhorn Steakhouse</u>
        United Stated District Court Docket #05-CV-10617MLW

Dear Mr. Duffy:

    I enclose for filing a Consent of the Parties agreeing that Magistrate Justice Bowler may decide on the Joint Petition For Approval of Settlement in the above matter. Please contact me if you have any questions.

Sincerely,

*[signature]*

ALBERT L. FARRAH, JR.
pmp

ELECTRONIC FILING and
E-MAIL
cc:    Michael Gillis, Esq. (via E-Mail Only)

Santiago-RARE.ltr474

# ALBERT L. FARRAH, JR.

COUNSELOR AT LAW

One Washington Mall • Boston, MA 02108

(617) 742-7766 • Fax: (617) 742-2331

alf@afarrah.com
www.afarrah.com

July 26, 2007

Marc Duffy, Courtroom Clerk to
    Magistrate Justice Marianne B. Bowler
United States District Court
Civil Clerk's Office
One Courthouse Way
Boston, MA 02210

RE:    Nancy Rosario, et al v. RARE Hospitality International, Inc. d/b/a Longhorn Steakhouse
        United Stated District Court Docket #05-CV-10617MLW

Dear Mr. Duffy:

    I enclose for filing a Consent of the Parties agreeing that Magistrate Justice Bowler may decide on the Joint Petition For Approval of Settlement in the above matter. Please contact me if you have any questions.

Sincerely,

*[signature: Albert L. Farrah / pmp]*

ALBERT L. FARRAH, JR.
pmp

ELECTRONIC FILING and
E-MAIL
cc:    Michael Gillis, Esq. (via E-Mail Only)

Santiago-RARE.ltr474

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY ROSARIO, INDIVIDUALLY, AS ) <br> SHE IS THE ADMINISTRATRIX OF THE ) <br> ESTATE OF AWILDA SANTIAGO, ESSEX ) <br> PROBATE COURT DOCKET #03P-2499AD1 and ) <br> AND AS SHE IS THE ADMINISTRATRIX OF ) <br> THE ESTATE OF JOSE SANTIAGO, BERLIN ) <br> (CONNECTICUT) PROBATE COURT, ) <br> CASE #03-0713 AND NANCY ROSARIO AND ) <br> MICHAEL MILLER, AS GUARDIANS OF ) <br> CHRISTINA SANTIAGO AND VERONICA ) <br> ROSARIO, ESSEX PROBATE COURT DOCKET ) <br> #06P-0507GM ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> RARE HOSPITALITY INTERNATIONAL, INC. ) <br> d/b/a LONGHORN STEAKHOUSE ) <br>     Defendant ) | Civil Action #05-CV-10617MLW |

## CONSENT OF THE PARTIES

The parties by their respective counsel hereby agree that Magistrate Justice Bowler may decide the Joint Petition For Approval of Settlement Pursuant to G.L. Ch. 231, §140C½ to and make all orders required in connection therewith.

RARE Hospitality International, Inc.
d/b/a Longhorn Steakhouse
By its attorney,

_____
MICHAEL GILLIS, ESQ.
Gillis & Bikofsky, P.C.
1150 Walnut Street
Newton Highlands, MA 02461
(617) 244-4300

Plaintiffs
By their attorney,

_____
ALBERT L. FARRAH, JR., ESQ.
One Washington Mall
Boston, MA 02108
(617) 742-7766

Date: July 26, 2007

Consent of the Parties
7/25/07                                                          1