UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NANCY ROSARIO, INDIVIDUALLY, AS        )
SHE IS THE ADMINISTRATRIX OF THE       )
ESTATE OF AWILDA SANTIAGO, ESSEX       )
PROBATE COURT DOCKET #03P-2499AD1 and ) 
AND AS SHE IS THE ADMINISTRATRIX OF    )
THE ESTATE OF JOSE SANTIAGO, BERLIN    )
(CONNECTICUT) PROBATE COURT,           )
CASE #03-0713 AND NANCY ROSARIO AND    )
MICHAEL MILLER, AS GUARDIANS OF        )
CHRISTINA SANTIAGO AND VERONICA        )
ROSARIO, ESSEX PROBATE COURT DOCKET )          Civil Action #05-CV-10617MEW MBB
#06P-0507GM                            )
        Plaintiffs                     )
                                       )
                                       )
v.                                     )
                                       )
RARE HOSPITALITY INTERNATIONAL, INC.   )
d/b/a LONGHORN STEAKHOUSE              )
        Defendant                      )

**ORDER**

It is hereby ordered the Christina Santiago Irrevocable Special Needs Trust, in the form

attached hereto be created by Order of this Court and the net proceeds of the settlement in this

above captioned matter allocated to or for the benefit of Christina Santiago be deposited into said

Trust.

Maurianne B. Bowler
J, United States Magistrate Judge

Date: July 27, 2007

Order
7/20/07

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NANCY ROSARIO, INDIVIDUALLY, AS          )
SHE IS THE ADMINISTRATRIX OF THE         )
ESTATE OF AWILDA SANTIAGO, ESSEX         )
PROBATE COURT DOCKET #03P-2499AD1 and )
AND AS SHE IS THE ADMINISTRATRIX OF      )
THE ESTATE OF JOSE SANTIAGO, BERLIN      )
(CONNECTICUT) PROBATE COURT,             )
CASE #03-0713 AND NANCY ROSARIO AND      )
MICHAEL MILLER, AS GUARDIANS OF          )
CHRISTINA SANTIAGO AND VERONICA          )
ROSARIO, ESSEX PROBATE COURT DOCKET )
#06P-0507GM                              )
     Plaintiffs                             )
                                         )
v.                                       )
                                         )
RARE HOSPITALITY INTERNATIONAL, INC.  )
d/b/a LONGHORN STEAKHOUSE                 )
     Defendant                              )

*Civil Action #*
*05-CV-10617-MBB*

## ORDER

After due consideration of the request of plaintiffs, Nancy Rosario, in her capacity as guardian and mother and next of kin of Veronica Rosario and Christina Santiago, in her capacity as Administratrix of the Estate of Awilda Santiago, Essex Probate Court #03P-2499AD1, and in her capacity as Administratrix of the Estate of Jose Santiago, Berlin, Connecticut Probate Court Case #03-0713 and Michael Miller, in his capacity as guardian of Veronica Rosario and Christina Santiago the net proceeds of settlement of this action payable for the benefit of Veronica Rosario be placed in THE VERONICA ROSARIO TRUST, it is hereby **Ordered** that THE VERONICA ROSARIO TRUST in the form attached hereto be created by Order of this Court and the net proceeds of the settlement in this matter allocated to or for the benefit of VERONICA ROSARIO be deposited in said Trust.

Date: July 30, 2007

Marianne B. Bowler
By the Court
J. United States Magistrate Judge



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NANCY ROSARIO, INDIVIDUALLY, AS        )
SHE IS THE ADMINISTRATRIX OF THE       )
ESTATE OF AWILDA SANTIAGO, ESSEX       )
PROBATE COURT DOCKET #03P-2499AD1 and )
AND AS SHE IS THE ADMINISTRATRIX OF    )
THE ESTATE OF JOSE SANTIAGO, BERLIN    )
(CONNECTICUT) PROBATE COURT,           )
CASE #03-0713 AND NANCY ROSARIO AND    )
MICHAEL MILLER, AS GUARDIANS OF        )                                         *MBB*
CHRISTINA SANTIAGO AND VERONICA        )
ROSARIO, ESSEX PROBATE COURT DOCKET )     Civil Action #05-CV-10617MLW
#06P-0507GM                            )
      Plaintiffs                      )
                                       )
v.                                     )
                                       )
RARE HOSPITALITY INTERNATIONAL, INC.   )
d/b/a LONGHORN STEAKHOUSE              )
      Defendant                       )

## ORDER

It is ordered that the Joint Petition For Approval of Settlement Pursuant to M.G.L. c. 231,

§140C½ dated July 13, 2007 and filed with the court on July 18, 2007 is hereby approved.

Date: July 30, 2007



Marianne B. Bowler
J, United States Magistrate Judge

Order
7/30/07