UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NANCY ROSARIO, Administratrix of Estate
of AWILDA SANTIAGO, JOSE SANTIAGO,
and as NANCY ROSARIO and MICHAEL
MILLER, as Guardians of CHRISTINA
SANTIAGO and VERONICA SROSARIO et al,
         Plaintiff,

v.                                  CIVIL ACTION
                                   NO.   05-10617-MBB

RARE HOSPITALITY INTERNATIONAL, INC.,
d/b/a LONGHOUSE STEAKHOUSE
         Defendant.

## FINAL JUDGMENT

AUGUST 2, 2007

**BOWLER, U.S.M.J.**

In accordance with the Order of Settlement, it is hereby **ORDERED** and **ADJUDGED** that this action be DISMISSED with prejudice and the parties to bear their respective costs.

                                   /s/ Marianne B. Bowler
                                   **MARIANNE B. BOWLER**
                                   United States Magistrate Judge